in their exposition and execution of the present law.

It was certified to the district court that the petitioner in this case is not entitled to a discharge, without the consent of a majority of the creditors in interest who have not been secured.

## Case No. 7,087.

### The ISAAC ALLERTON.

[See Case No. 7,088.]

## Case No. 7,088.

### The ISAAC ALLERTON.

ALDERSLADE et al. v. The ISAAC ALLERTON.

[5 Adm. Rec. 612.]

District Court, S. D. Florida.   Dec. 23, 1856.

Winer Bethel, for libelants.
Wm. R. Nackley, for respondent.

MARVIN, District Judge.  This is a suit brought by George Alderslade and 433 others to recover salvage for their services in saving portions of the materials and cargo of the ship Isaac Allerton [Baldwin, master], sunk about fifteen miles from this port. The ship was laden with a valuable cargo, consisting of dry goods, groceries, hardware, and a variety of other articles, intended for the Western trade, and was bound from New York to New Orleans. During the night of the 27th of August, while on her voyage, she encountered a hurricane, which drove her onto the reef, where she rolled and thumped very heavily for several hours, the sea breaking over her.  The ship's company were in great danger of loss of life, by the ship's breaking up and going to pieces.  The master cut away the masts, and the ship drove over the reef, and sunk in five fathoms of water, the master and crew escaping in their boats, as she was going down.  They got safely to the shore, and were picked up, the next day, by the wrecking schooner Florida.  The wreck was soon visited by nearly or quite all the wrecking vessels and boats on the coast, and the labor of saving the cargo was commenced and carried on by several parties or sets of salvors, each party for itself.  The ship lay about five fathoms under water, a little careened, her upper deck being five and eight feet under water.  A diver went down and fastened a hook in a plank found started in the deck, and, a purchase being rigged to the mast of a large wrecking vessel, the plank was torn off.  Other planks were removed from time to time in like manner, and the light let into the hold, which greatly facilitated the operations of the divers.  The goods between decks being saved, and a considerable portion in the lower hold, the planks of the lower deck were somewhat loosened by the explosion of a quantity of gunpowder, and then torn off by purchases.  As the deck planks were in this manner removed, the salvors saved as much of the goods as they could by "fishing" or by striking an iron piece, fastened to the end of a long staff, into the boxes and packages, and drawing them to the surface.  This mode of saving them met with partial success at first, but as the water deepened it became much more uncertain.  Besides, the packages were often jammed and fastened together, so that they could not be detached and recovered in this manner, and diving for each separate package became the means of saving the principal part of the cargo.  The divers had no submarine armor or diving bell or other artificial apparatus, but each diver plunged into the hold, having one end of a small line around his waist, the other being held by another diver stationed in a boat, and ready to follow and extricate him in case he should get entangled.  When at the bottom the diver fastened a pair of iron hooks or clamps with a rope attached to the box or bale, by means of which it was raised.  The salvors were, by no means, all divers.  The diving was principally done by some fifteen or twenty persons.  Diving in deep water produces a headache; blood frequently runs from the ears and nose.  It cannot be continued for several hours, much less days, without in-